**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | LIZMAR E. ROSARIO, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 16-14694 ELF |

# O R D E R

**AND NOW**, upon consideration of the Debtor's Motion for Turnover and for Damages and for Sanctions for Violation of the Automatic Stay (Doc. # 18) ("the Motion");

**AND**, after a hearing held on an expedited basis on **August 11, 2016**;

**AND**, for the reasons stated in court;

It is hereby **ORDERED and DETERMINED** that:

1. Respondent South Philly Auto Sales, Inc. ("South Philly Auto") and its representative Chris Jones ("Jones") are held in **CONTEMPT** for violation of the automatic stay, 11 U.S.C. §362(a), for repossessing and then refusing to return to the Debtor after the repossession, a certain 2012 Nissan Quest automobile ("the Automobile").

2. South Philly Auto and Jones **SHALL RETURN** the Automobile to the Debtor **IMMEDIATELY**.

3. The return of the Automobile may be effected by making the Automobile available to the Debtor for pick-up at South Philly Auto's business location, 2434 Passyunk Avenue, Philadelphia, PA or any other location acceptable to the Debtor.

4. To comply with Paragraph 3 of this order, South Philly Auto and Jones shall notify both the Debtor and the Debtor's counsel, David Offen of the availability of the Automobile for pick-up.

5. A hearing to consider the additional relief requested in the Motion is **SCHEDULED** on **August 15, 2016**, at 10:00 a.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA.

6. A representative of South Philly Auto **SHALL APPEAR** at the hearing on **August 15, 2016** and **SHALL APPEAR** even if an attorney enters an appearance and attends the hearing to represent South Philly Auto.

7. Jones **SHALL APPEAR** at the hearing on **August 15, 2016** and **SHALL APPEAR** even if an attorney enters an appearance and attends the hearing to represent him.

8. In the event that South Philly Auto and/or Jones fail to appear on **August 15, 2016**, the court will take additional action to enforce this Order, which may include the issuance of a **BENCH WARRANT** for the **ARREST** of Jones by the U.S. Marshal Service.

9. The Debtor's counsel may serve a copy of notice of this Order to South Philly Auto and Jones by (a) e-mail and e-mail attachment; (b) fax; or (c) hand delivery to the place of business of South Philly Auto and Jones.  Nothing in this Paragraph 9 precludes the Debtor from utilitzing more than one (1) method of service or from also advising South Philly Auto Jones of the content of this Order orally by telephone or by text message.

10. In the absence of reasonable prior notice from the Debtor's counsel that the Debtor seeks relief against them, Respondents AFS Acceptance and Dov Szapiro are not required to appear at further hearings in this contested matter (but also are not precluded from doing so).

**Date: August 11, 2016**

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**